

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00484-CV

Robert K. Nelson, Mayor; Julie Estlinbaum, Councilwoman, Position 1; Bill Cornman, Councilman, Position 2; and the City of Bay City, Texas
v.
Robert Neal Head

On Appeal from the
23rd District Court of Matagorda County, Texas
Trial Cause No. 18-H-0296

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion for dismissal for want of jurisdiction. Costs of the appeal are adjudged against appellee, Robert Neal Head.

We further order this decision certified below for observance.

November 26, 2019